**Eric Sion GREGORY, Plaintiff–Appellant,**

v.

**Ann BOLLAY, Dr., individual; et al., Defendants–Appellees.**

No. 14–55599.

United States Court of Appeals, Ninth Circuit.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted May 13, 2015.*

Filed May 19, 2015.

Eric Sion Gregory, Lancaster, CA, pro se.

Martin Ageson, Deputy Attorney General, Office of the California Attorney General, Los Angeles, CA, Defendants–Appellees.

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Eric Sion Gregory, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging violations of state and federal law in connection with his medical treatment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment on Gregory's Eighth Amendment deliberate indifference claim because Gregory failed to raise a genuine dispute of material fact as to whether Bollay knew of or disregarded an excessive risk of serious harm to Gregory's health. *See Toguchi,* 391 F.3d at 1057–58 (a prison official acts with deliberate indifference only if the official knows of and disregards an excessive risk to inmate health; neither a prisoner's difference of opinion concerning the course of treatment nor mere negligence in treating a medical condition amounts to deliberate indifference).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

